ACCEPTED
05-15-00779-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/30/2015 11:34:39 AM
LISA MATZ
CLERK

# THE FRANK LAW FIRM, PLLC

1017 William D. Tate Avenue, Suite 110
Grapevine, Texas 76051

Michael B. Jaskowak                                              Phone:  (817) 949-2161
mjaskowak@aol.com                                                Fax:    (817) 410-N92

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

6/30/2015 11:34:39 AM

LISA MATZ
Clerk

June 30, 2015

**VIA E-FILE**

Court Clerk
Court of Appeals, Fifth District
600 Commerce Street, Suite 200
Dallas, Texas 75202

> Re:    *CAS, Ltd  v. TM Aviation Partners LP, TM Aviation Enterprises LLC, and Timothy Thompson; Appellate Docket No.: 05-15-00779-CV; in the 5th District Court of Appeals, Dallas, Texas*

Dear Court Clerk:

Enclosed for filing are:

1.  A Docketing Statement for the above referenced cause; and
2.  A Copy of the Final Judgment dated March 24, 2015 from the trial court ("Judgment").

Please file the Docketing Statement and Judgment and return file stamped copies of the Docketing Statement and Judgment to me.

By copy of this letter, I am forwarding a true and correct copy of the documents to all interested parties.

If you have any questions, please feel free to contact me.

Sincerely,

/s/Michael B. Jaskowak

Enclosure
cc: CAS, Ltd
    Reedy Macque Spigner **[VIA EFILE & FACSIMILE: (972) 424-1309]**